RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA  95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

THOMAS FERRY
AIMEE FERRY
                      Debtor(s).

Case No.:   13-90160
D.C. No.:   RDG-1
CHAPTER 13 PROCEEDING
DATE:   APRIL 16, 2013
TIME:   10:00 AM
DEPT.:   D

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

RUSSELL D. GREER, Chapter 13 Trustee in the above referenced matter, objects to confirmation of Debtors' Chapter 13 Plan on the following grounds:

### I.
### BASIS OF OBJECTION

1.    Debtors' plan is not proposed in good faith. Debtors received a total of $17,399.00 in Federal tax refunds for 2011.  Accordingly, Trustee is requesting that Debtors provide 2012 tax returns for review. Debtors are overwithholding by $1,450.00 per month and have not changed their withholdings and thus are not paying all available income into plan.  [11 U.S.C. §1325(a)(3)]

### II.
### POINTS AND AUTHORITIES

11 U.S.C. §1322(a) provides that a plan shall provide for certain payments to creditors and for payment of claims within specified classes.  Pursuant to 11 U.S.C. §1325(a)(1) the Court shall confirm a plan if the plan complies with the provisions of Chapter 13 and with other applicable provisions of this title.

11 U.S.C. §1325(a) provides that the Court shall confirm a plan if certain criteria set forth in §1325(a) is met.

Case 13-90160    Filed 03/15/13    Doc 15

The debtors carry the burden of proving, by a preponderance of the evidence, that the plan complies with the statutory requirements of confirmation.  In re Arnold and Baker Farms, 177 B.R. 648, 654 (9th Cir. BAP 1994), In re Warren, 89 B.R. 87, 93 (9th Cir. BAP 1988), In re Wolff, 22 B.R. 510, 512 (9th Cir. 1982).

**WHEREFORE**, Trustee requests that Trustee's objection to confirmation of the plan be sustained.

Respectfully submitted,

Dated: 03/15/2013

/S/ LORRAINE W. CROZIER
LORRAINE W. CROZIER, Attorney for
RUSSELL D. GREER,
Chapter 13 Trustee